IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRANDON LEWIS KELLY, <br><br> Defendant. | CR 18-15-GF-BMM-JTJ <br><br> **FINDINGS AND RECOMMENDATIONS** |

## I.  Synopsis

Defendant Brandon Lewis Kelly (Kelly) has been accused of violating the conditions of his supervised release.  Kelly admitted all of the alleged violations.  Kelly's supervised release should be revoked.  Kelly should be placed in custody for 4 months, with 56 months of supervised release to follow.

## II.  Status

Kelly pleaded guilty to Failure to Register as a Sex Offender.  (Doc. 28).  The Court sentenced Kelly to 12 months and 1 day of custody, followed by 5 years

of supervised release. (Doc. 46). Kelly's current term of supervised release began on February 8, 2019. (Doc. 62 at 1).

### Petition

The United States Probation Office filed a Petition on July 13, 2020, requesting that the Court revoke Kelly's supervised release. (Doc. 62). The Petition alleged that Kelly had violated the conditions of his supervised release: 1) by failure to participate in substance abuse testing; 2) by failure to report to probation office; 3) by using a controlled substance; and 4) by failure to participate in substance abuse treatment.

### Initial appearance

Kelly appeared before the undersigned for his initial appearance on July 16, 2020. Kelly was represented by counsel. Kelly stated that he had read the petition and that he understood the allegations. Kelly waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

### Revocation hearing

The Court conducted a revocation hearing on July 16, 2020. Kelly admitted that he had violated the conditions of his supervised release: 1) by failure to participate in substance abuse testing; 2) by failure to report to probation

office; 3) by using a controlled substance; and 4) by failure to participate in substance abuse treatment. The violations that Kelly admitted are serious and warrant revocation of Kelly's supervised release.

Kelly's violations are Grade C violations. Kelly's criminal history category is III. Kelly's underlying offense is a Class C felony. Kelly could be incarcerated for up to 24 months. Kelly could be ordered to remain on supervised release for up to 60 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

### III. Analysis

Kelly's supervised release should be revoked. Kelly should be incarcerated for 4 months, with 56 months of supervised release to follow. Kelly should serve the first 60 days of supervised release in a secure inpatient substance abuse treatment center. After being released from the inpatient substance abuse treatment facility, Kelly should participate in an out patient substance abuse treatment program, as directed by his probation officer. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Kelly that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Kelly of

his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Kelly that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose. Kelly stated that he wished to waive his right to object to these Findings and Recommendations, and that he wished to waive his right to allocute before Judge Morris.

The Court **FINDS:**

>That Brandon Lewis Kelly, Jr. violated the conditions of his supervised release: 1) by failure to participate in substance abuse testing; 2) by failure to report to probation office; 3) by using a controlled substance; and 4) by failure to participate in substance abuse treatment.

The Court **RECOMMENDS:**

>**That the District Court revoke Kelly's supervised release and commit Kelly to the custody of the United States Bureau of Prisons for 4 months, with 56 months of supervised release to follow. Kelly should serve the first 60 days of supervised release in a secure inpatient substance abuse treatment center. After being released from the inpatient substance abuse treatment facility, Kelly should participate in an out patient substance abuse treatment program, as directed by his probation officer.**

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

    DATED this 16th day of July, 2020.

John Johnston
United States Magistrate Judge