# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON LEWIS KELLY,<br><br>Defendant. | CR 18-15-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Brandon Lewis Kelly (Kelly) has been accused of violating the conditions of his supervised release. Kelly admitted alleged violation 1. Kelly denied alleged violation 2. The Court dismissed alleged violation 2 on the government's motion. Kelly's supervised release should be revoked. Kelly should be placed in custody for 7 months, with no supervised release to follow. Kelly should serve his term of custody in FCI Englewood in Englewood, Colorado.

## II. Status

Kelly pleaded guilty to Failure to Register as a Sex Offender on May 2, 2018. (Doc. 28). The Court sentenced Kelly to 12 months and 1 day of

custody, followed by 5 years of supervised release. (Doc. 46). Kelly's current term of supervised release began on July 14, 2023. (Doc. 113 at 3).

**Petition**

The United States Probation Office filed a Petition on September 13, 2023, requesting that the Court revoke Kelly's supervised release. (Doc. 113). The Petition alleges that Kelly has violated the conditions of his supervised release: 1) by failing to maintain employment; and 2) by failing to notify his probation officer of a change in residence.

**Initial appearance**

Kelly appeared before the undersigned for his initial appearance on September 19, 2023. Kelly was represented by counsel. Kelly stated that he had read the petition and that he understood the allegations. Kelly waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on September 19, 2023. Kelly admitted that he had violated the conditions of his supervised release by failing to maintain employment. The Court dismissed alleged violation 2 on the government's motion. The violation that Kelly admitted is serious and warrants

revocation of Kelly's supervised release.

Kelly's violation is a Grade C violation. Kelly's criminal history category is V. Kelly's underlying offense is a Class C felony. Kelly could be incarcerated for up to 24 months. Kelly could be ordered to remain on supervised release for up to 41 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 7 to 13 months.

### III. Analysis

Kelly's supervised release should be revoked. Kelly should be incarcerated for 7 months, with no supervised release to follow. This sentence is sufficient but not greater than necessary. Kelly should serve his term of custody in FCI Englewood in Englewood, Colorado.

### IV. Conclusion

The Court informed Kelly that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Kelly of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Kelly that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

That Brandon Lewis Kelly violated the conditions of his supervised release by failing to maintain employment.

The Court **RECOMMENDS:**

That the District Court revoke Kelly's supervised release and commit Kelly to the custody of the United States Bureau of Prisons for 7 months, with no supervised release to follow. Kelly should serve his term of custody in FCI Englewood in Englewood, Colorado.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a

district court judge.

DATED this 20th day of September, 2023.

/s/ John Johnston
John Johnston
United States Magistrate Judge